UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF ) | |
| THE EXTRADITION OF ) | Case No. 20-mj-1069-DLC |
| MICHAEL L. TAYLOR ) | |
| _____) | |

COMPLAINT FOR PROVISIONAL ARREST
WITH A VIEW TOWARDS EXTRADITION
(18 U.S.C. § 3184)

I, the undersigned Assistant United States Attorney, being duly sworn, state on information and belief that the following is true and correct:

1. In this matter, I represent the United States in fulfilling its treaty obligations to Japan.

2. There is an extradition treaty in force between the United States and Japan, the Treaty on Extradition Between the United States of America and Japan, U.S.-Japan, Mar. 26, 1980, 31 U.S.T. 892 (the "Treaty").

3. The Treaty provides in Article IX for the provisional arrest and detention of alleged fugitives pending the submission of a formal request for extradition and supporting documents.

4. In accordance with Article IX of the Treaty, the Government of Japan has asked the United States for the provisional arrest of Michael L. Taylor ("Michael Taylor"), with the assurance that the Government of Japan will make an extradition request in writing through the relevant authorities under the Treaty, within the timeline required by the Treaty.

5. According to the information provided by the Government of Japan, Michael Taylor has been charged under Article 103 of the Japanese Penal Code with enabling the escape

of Carlos Ghosn Bichara ("Ghosn"), who was indicted in Japan for financial crimes and had been released on bail pending his trial.[1]

6. A Japanese warrant for Michael Taylor's arrest was originally issued on January 30, 2020, and renewed on February 28, 2020, by Tokyo District Court, at Tokyo, Japan.

7. As reported by the Japanese authorities, the warrant, which remains outstanding, was issued on the basis of an investigation conducted by the Tokyo District Public Prosecutor's Office. This investigation revealed the following facts:

a. On December 29, 2019, Michael Taylor and other individuals helped Ghosn flee from Japan while he was released on bail pending trial for financial crimes. Ghosn served as Chairman of the Board of Directors and/or Chief Executive Officer of Nissan Motor Co., Ltd. ("Nissan") from 2001 through 2018. During his tenure at Nissan, Ghosn allegedly engaged in major financial wrongdoing, including, among other things, conspiring with others to falsely state his compensation in Nissan's Annual Reports and shifting financial losses of his asset management company to Nissan. Ghosn was indicted and arrested for these crimes in Japan.

b. On April 25, 2019, the Tokyo District Court released Ghosn on bond with conditions that included, among other things, (i) living in the house in Tokyo specified by the bail conditions; (ii) when summoned, reporting to a designated location or notifying the court, in advance, of the reasons that he is unable to report; (iii) not hiding or fleeing; (iv) obtaining advance approval from the court for any domestic trips lasting three days or more; and (v) not taking any overseas trips. By fleeing Japan pending trial, Ghosn violated his bail conditions.

c. Japan alleges that Michael Taylor, Peter Maxwell Taylor ("Peter Taylor"), and

---

[1] Michael Taylor has also been charged in Japan with an immigration offense that does not form the basis of this complaint for his provisional arrest.

George-Antoine Zayek ("Zayek") facilitated Ghosn's escape from Japan on December 29, 2019.

    d.  In the months leading up to Ghosn's escape, Peter Taylor traveled to Japan at least three times, first in July 2019, then in August 2019, and again in early December 2019, as evidenced by Japanese immigration records. During these visits, Peter Taylor met with Ghosn at least seven times, as reflected in meeting records that Ghosn was required to maintain as a condition of his bail and/or video surveillance camera images.

    e.  On December 28, 2019, Peter Taylor arrived in Japan and proceeded to the Grand Hyatt Tokyo, according to immigration records and video surveillance camera images. Hotel records evidence the fact that he checked into Room 933 at approximately 11:49 a.m. A copy of Peter Taylor's passport was attached to the hotel registration form.

    f.  After Peter Taylor checked into the hotel, Ghosn arrived at the Grand Hyatt and met with Peter Taylor for approximately one hour, as evidenced by the hotel's video camera surveillance images.

    g.  On December 29, 2019—the day of the escape—Michael Taylor and Zayek traveled on a private jet from Dubai, United Arab Emirates, to Kansai International Airport in Japan, as reflected in Japanese immigration records. Michael Taylor and Zayek entered the country transporting two large black boxes, as shown in video camera surveillance images. The black boxes looked like they were for audio equipment, and Michael Taylor and Zayek told Kansai airport workers that they were musicians. Michael Taylor and Zayek landed at Kansai International Airport at approximately 10:10 a.m. and went to the Star Gate Hotel Kansai Airport, where they checked into rooms 4009 and 4609 at approximately 11:06 a.m., as evidenced by hotel records. The two men brought the two large boxes into Room 4609. At

approximately 11:50 a.m., Michael Taylor and Zayek left the hotel and went by taxi to Shin-Osaka Station, where they boarded a train bound for Tokyo Station, as evidenced by video camera surveillance images.

      h.      At approximately 2:30 p.m., while Michael Taylor and Zayek were making their way to Tokyo, video surveillance camera images show Ghosn leaving his house with no luggage and walking to the Grand Hyatt Hotel Tokyo. Upon arriving at the hotel, Ghosn went alone to Peter Taylor's room and changed his clothes. Ghosn's luggage had been dropped off at the hotel earlier in the day and received by Peter Taylor, as evidenced by video camera surveillance images. Ghosn's ability to operate the hotel elevator himself indicates Taylor had given him a copy of the room key the previous day, as a room key was necessary to access guest floors.

      i.      Michael Taylor and Zayek arrived in Tokyo at approximately 3:24 p.m. They joined Peter Taylor at the Grand Hyatt and entered Room 933. Then, Ghosn, Peter Taylor, Michael Taylor, and Zayek all exited Room 933 together. The video surveillance camera images show they were all carrying luggage. Peter Taylor separated from the rest of group, traveling to Narita Airport where he boarded a flight to China.

      j.      Ghosn, Michael Taylor, and Zayek traveled to Shinagawa Station by taxi and boarded a train bound for Shin-Osaka Station. At approximately 7:24 p.m., the three men exited Shin-Osaka Station and took a taxi to the Star Gate Hotel, where Michael Taylor and Zayek had checked-in earlier that day.

      k.      At approximately 8:14 p.m., Ghosn, Michael Taylor, and Zayek arrived at the Star Gate Hotel and entered Room 4609. At approximately 9:57 p.m., Michael Taylor and Zayek left Room 4609 with luggage, including the two large boxes, and departed for Kansai International

Airport.  There is no image of Ghosn leaving Room 4609.  Instead, Ghosn was hiding in one of the two large black boxes being carried by Michael Taylor and Zayek.

    l.    Michael Taylor and Zayek arrived at Kansai International Airport at approximately 10:20 p.m., with luggage, including the two large black boxes, one of which contained Ghosn.  Once at the airport, their baggage passed through the security check without being checked and was loaded onto a private jet.  The two men boarded a private jet with the large boxes and departed for Turkey at approximately 11:10 p.m.

    m.    Two days later, on December 31, 2019, Ghosn made a public announcement that he was in Lebanon.  The same day, the Tokyo District Court revoked Ghosn's bail.

    8.    Based upon information obtained by U.S. law enforcement, Michael Taylor is believed to be residing at 12 Babbit Lane, Harvard, Massachusetts, which is within the jurisdiction of this Court.

    9.    The Government of Japan has represented that it will submit a formal request for extradition supported by the documents specified in the Treaty within the time required under the Treaty.

    10.    Michael Taylor would be likely to flee if he learned of the existence of a warrant for his arrest.

WHEREFORE, the undersigned requests that a warrant for the arrest of Michael L. Taylor be issued in accordance with 18 U.S.C. § 3184 and the extradition treaty between the United States and Japan, and that this complaint and the warrant be placed under the seal of the Court, except as disclosure is needed for its execution, until such time as the warrant is executed.

/s/ Stephen Hassink
STEPHEN W. HASSINK
Assistant United States Attorney
District of Massachusetts

Sworn to telephonically this 6th day of May, 2020, at 2:30 p.m.

HON. DONALD L. CABELL
United States Magistrate Judge
District of Massachusetts