JS 45 (5/97) - (Revised USDC MA 3/25/2011)

**Criminal Case Cover Sheet**     **U.S. District Court - District of Massachusetts**

| | |
|---|---|
| **Place of Offense:** | **Category No.** II    **Investigating Agency** USMS |
| **City** Harvard | **Related Case Information:** |
| **County** Worcester | Superseding Ind./ Inf. _____ Case No. _____ |
| | Same Defendant _____ New Defendant _____ |
| | Magistrate Judge Case Number 20-mj-1069-DLC |
| | Search Warrant Case Number _____ |
| | R 20/R 40 from District of _____ |

**Defendant Information:**

Defendant Name: Michael L. Taylor    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: 

Address: (City & State) Harvard, Massachusetts

Birth date (Yr only): 1960    SSN (last4#): 5352    Sex: M    Race: White    Nationality: U.S.

**Defense Counsel if known:**    Address: 

**Bar Number**

**U.S. Attorney Information:**

AUSA: Stephen Hassink    Bar Number if applicable: 693496

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: 

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint ☐ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ─── ☐ Misdemeanor ─── ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 05/06/2020    Signature of AUSA: STEPHEN HASSINK *Digitally signed by STEPHEN HASSINK Date: 2020.05.06 12:20:20 -04'00'*

**District Court Case Number**  (To be filled in by deputy clerk):

**Name of Defendant**      Michael L. Taylor

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC § 3184 | Fugitive from another country | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**