UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF ) | |
| THE EXTRADITION OF ) | |
| MICHAEL L. TAYLOR ) | Criminal No. 20-mj-1069-DLC |
| ) | |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the above-named subject, Michael L. Tayor.

By his attorney,

*/s/ Paul V. Kelly*_____
Paul V. Kelly (BBO No. 267010)
Jackson Lewis, P.C.
75 Park Plaza
Boston, MA  02110
Tel (617) 367-0025
paul.kelly@jacksonlewis.com

## CERTIFICATE OF SERVICE

I, Paul V. Kelly, that service of this motion was made on the above date by and through the ECF filing system.

*/s/ Paul V. Kelly*_____
Paul V. Kelly

4834-1529-5933, v. 1