UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF ) | |
| THE EXTRADITION OF ) | Case No. 20-mj-1069-DLC |
| MICHAEL L. TAYLOR ) | |
| ) | |
| ) | |
| IN THE MATTER OF ) | |
| THE EXTRADITION OF ) | Case No. 20-mj-1070-DLC |
| PETER M. TAYLOR ) | |

**GOVERNMENT'S NOTICE OF SUPPLEMENTAL AUTHORITY**

The United States, through Assistant United States Attorney Stephen W. Hassink, respectfully brings to this Court's attention the attached additional evidence (Exhibits A & B) reflecting the fact that Michael Taylor and Peter Taylor have the resources with which to flee and therefore should continue to remain detained as flight risks. Specifically, the attached documents show two wire transfers that were made from Carlos Ghosn to the company Promote Fox LLC in October 2019 that total $862,500. The documents further show that Peter Taylor and his brother, Oliver Taylor, are the managers of Promote Fox LLC.[1]

---

[1] The documents in Exhibit A are included in Japan's formal requests for the Taylors' extradition. The United States has provided counsel for the Taylors with a Bates stamped, electronic version of Japan's formal requests.

## CONCLUSION

The Taylors' Motion should be denied.

Date: July 7, 2020

                                                   Respectfully submitted,

                                                   ANDREW E. LELLING
                                                   United States Attorney

By:    */s/ Stephen W. Hassink*
        STEPHEN W. HASSINK
        Assistant United States Attorney

        */s/ Philip A. Mirrer-Singer*
        PHILIP A. MIRRER-SINGER
        Trial Attorney

## CERTIFICATE OF SERVICE

I, Stephen W. Hassink, Assistant U.S. Attorney, do hereby certify that on July 7, 2020, I served a copy of the foregoing on all registered parties by electronic filing on ECF.

                                                   */s/ Stephen W. Hassink*
                                                   Stephen W. Hassink
                                                   Assistant U.S. Attorney