| Arrest Warrant (Ordinary Arrest) ||
|---|---|
| Name of the suspect | Michael L. Taylor |
| Age, Address, Occupation of the suspect, Charge for which the arrest is permitted, summary of alleged facts of crime, place where suspect is to be brought, the official title and name of the requester: | As described in the attached Request for the Arrest Warrant |
| Term of validity: | Until February 28th, 2020 |
| After the term of validity, this warrant no longer enables initiation of an arrest. In the event of its expiration, it shall be returned to the competent court.<br>Even during the term of validity, if an arrest becomes unnecessary, it must be immediately returned to the competent court. ||
| I hereby permit an arrest of the suspect based on the aforementioned alleged facts of crime.<br>    January 30th, 2020<br>      Tokyo District Court<br>        Judge   Yukiko Yomori ||
| Seal of the official title and name of the arrester | |
| Time/date/year and place of the arrest | Arrested at    :    on                , 20-- at |
| Time/date/year and place of custody | At    :    on                , 20-- at |
| Name and seal | |
| Time/date/year of the procedure to send | At    :    on                , 20-- at |
| Name and seal | |
| Time/date/year of the receipt of | At    :    on                , 20-- at |
| Name and seal | |

Note: When executing the arrest, on the spot, search, seizure or inspection may be simultaneously carried out; however, attention is required so that honor of the suspect is respected and that disturbance to others is avoided as much as possible.

The suspect who has been arrested by this warrant is entitled to appoint defense attorney.

Request for an Arrest Warrant

January 30th, 2020

To: Judge, Tokyo District Court

Tokyo District Public Prosecutors Office

Public Prosecutor     Naoki Watanabe

I hereby request issuance of an Arrest Warrant against the person specified below on the alleged harboring of criminals and accessoryship of violation of the Immigration Control and Refugee Recognition Act (Article 71, 25 II) case.

1. Suspect

    Name: MICHAEL L. TAYLOR

    Age: 59, born on October 21st, 1960

    Occupation: Unknown

    Address: Unknown

2. If the term of validity needs to be longer than 7 days, the necessary term and reason for it:

    As described in Annex 1

3. Government or public office or other place to which the suspect is taken:

    Tokyo District Public Prosecutors Office, its Branch Offices or Suboffices and Local Public Prosecutors Offices in the jurisdiction of the abovementioned District Public Prosecutors Office;

    A District Public Prosecutors Office located within the jurisdiction of place of the arrest of the suspect, its Branch Offices or Suboffices and Local Public Prosecutors Offices in the jurisdiction of the abovementioned District Public Prosecutors Office; or

    Tokyo Detention Center.

4. If more than one warrant is necessary, the number and the reason:

    Not Applicable.

5. Probable reasons to suspect that the suspect has committed the crime:

    The entire volume of the case documents, including the investigation report by the prosecutor dated on January 29th, 2020.

6. Reasons for the necessity of the suspect's arrest:

    There are reasonable grounds to suspect that he is likely to tamper evidence by himself or in conspiracy with interested persons and that he may flee.

7. In the case a warrant had been previously requested or issued against the suspect, concerning the same fact or other fact currently under investigation, mention that, and describe the reasons for requesting another Arrest Warrant concerning the same fact:

    Not Applicable

8. With regard to the offense which shall be punished with a fine of not more than 300,000 JPY (or 20,000 JPY with regard to crimes other than those under the Penal Code, the Act on Punishment of

> Physical Violence and Others, and the Act on Penal Provisions related to Economic Activities) and a misdemeanor detention or petty fine, describe reasons stipulated by the proviso of Paragraph 1 of Article 199 of the Code of Criminal Procedure:
>
> Not Applicable
>
> 9. Summary of the alleged facts of a crime:
>
> As described in Annex 2

Annex 1

If the term of validity needs to be longer than 7 days, the necessary term and reason for it:

1. Term
   For 1 month

2. Reason
   The suspect is currently not in Japan and the prosecutor at Tokyo District Public Prosecutors Office cannot make contact with the suspect. In addition, given that the suspect provided assistance and enabled Carlos Ghosn Bichara's escape and the suspect himself escaped from Japan, and that the fact of Ghosn's escape has been widely reported in foreign country, and therefore the suspect can easily notify the investigation against himself is on-going, it is unlikely that the suspect voluntarily enters Japan. We need a considerable period of time until we find the whereabouts of the suspect.

Annex 2

Alleged facts of a crime:

The suspect, in conspiracy with George Antoine Zayek and Peter Maxwell Taylor, knowing that Carlos Ghosn Bichara (hereinafter "Ghosn"), who held citizenships of French Republic, Republic of Lebanon, and Federative Republic Brazil, was a defendant under criminal proceedings pending at Tokyo District Court for the offences of Violation of Financial Instruments and Exchange Act and Violation of Company Act, and bailed under the conditions including neither hide nor escape and no overseas trip, for the purpose of enabling him to get off with the punishment, at the time of Ghosn's departure from Japan to Republic of Lebanon via Republic of Turkey, from 1:53pm to 11:10pm on December 29th, 2019, provided assistance and enabled Ghosn's escape by; carrying Ghosn's luggage from Ghosn's house at Azabunagasakacho 1-10, Minato-ward, Tokyo prefecture, to Grand Hyatt Tokyo at Roppongi 6-10-3, Minato-ward; in the hotel, handing the luggage to Ghosn and providing a place for him to change Ghosn's cloths; escorting Ghosn from the hotel to Star Gate Hotel Kansai Airport at Rinkuoraikita 1, Izumisano-city, Osaka prefecture; in the hotel, hiding Ghosn inside their carrying luggage; travelling from the hotel to the premium gate called "Tamayura" at the Kansai International Airport located at Tajiri-cho, Sennan-gun, Osaka prefecture, or so; having the employees of the airport, who had no knowledge of their plan, clear the embarkation procedure with hiding Ghosn inside their carrying luggage and put the luggage on board of the jet of Flight TCTSR operated by MNG Jet; and departing the airport with Ghosn by Flight TCTSR and then leaving Japan's territory, thus the suspect committed harboring of criminals by assisting Ghosn's escape and aided by easing Ghosn's illegal leaving from Japan without receiving confirmation by immigration officer.