# 逮 捕 状 （通常逮捕）

| 被 疑 者 の 氏 名 | ピーター マクスウェル テイラー |
|---|---|
| 被 疑 者 の 年 齢<br>住 居 ， 職 業<br>逮捕を許可する罪名<br>被 疑 事 実 の 要 旨<br>被疑者を引致すべき場所<br>請 求 者 の 官 公 職 氏 名 | 別紙逮捕状請求書のとおり |
| 有 効 期 間 | 令和 2 年 2 月 2 8 日まで |

　有効期間経過後は，この令状により逮捕に着手することができない。この場合には，これを当裁判所に返還しなければならない。
　有効期間内であっても，逮捕の必要がなくなったときは，直ちにこれを当裁判所に返還しなければならない。

上記の被疑事実により，被疑者を逮捕することを許可する。
　令 和 2 年 1 月 3 0 日
　　東 京 地 方 裁 判 所
　　　　裁 判 官　世 森 ユキ子

| 逮捕者の官公職氏名印 | |
|---|---|
| 逮 捕 の 年 月 日 時<br>及 び 場 所 | 令 和　　年　　月　　日 午　　時　　分<br>　　　　　　　　　　　　　　　　　で逮捕 |
| 引 致 の 年 月 日 時<br>及 び 場 所 | 令 和　　年　　月　　日 午　　時　　分 |
| 記 名 押 印 | |
| 送 致 す る 手 続 を し た<br>年 月 日 時 | 令 和　　年　　月　　日 午　　時　　分 |
| 記 名 押 印 | |
| 送致を受けた年月日時 | 令 和　　年　　月　　日 午　　時　　分 |
| 記 名 押 印 | |

　注意　本逮捕の際，同時に現場において捜索，差押え又は検証することができるが，被疑者の名誉を尊重し，かつ，なるべく他人に迷惑を及ぼさぬように注意を要する。
　　　　なお，この令状によって逮捕された被疑者は，弁護人を選任することができる。

様式第26号 ⎧ 刑訴法第199条<br>⎨ 刑訴規則第139条，第142条，第143条<br>⎩ 規程第16条 ⎫⎬⎭

# 逮 捕 状 請 求 書（甲）

令和2年1月30日

東京地方裁判所
　　裁　判　官　殿



　下記被疑者に対し，犯人隠避，出入国管理及び難民認定法違反幇助（同法71条，25条2項）被疑事件につき，逮捕状の発付を請求する。

記

1　被　疑　者

　　氏　名　　ピーター　マクスウェル　テイラー

　　年　齢　　1993年2月20日生（26歳）

　　職　業　　不詳

　　住　居　　不詳

2　7日を超える有効期間を必要とするときは，その期間及び事由
　　別紙1記載のとおり

3　引致すべき官公署又はその他の場所
　　東京地方検察庁若しくは同検察庁管内の支部又は分室及び区検察庁，逮捕地を管轄する地方検察庁若しくは同検察庁管内の支部又は分室及び区検察庁，東京拘置所

4　逮捕状を数通必要とするときは，その数及び事由
　　な　し

5　被疑者が罪を犯したことを疑うに足りる相当な理由
　　令和2年1月29日付け捜査報告書ほか一件記録

6　被疑者の逮捕を必要とする事由
　　関係者と通謀するなどして罪証を隠滅するおそれがある。
　　逃亡のおそれがある。

7　被疑者に対し，同一の犯罪事実又は現に捜査中である他の犯罪事実について，前に逮捕状の請求又はその発付があったときは，その旨及びその犯罪事実並びに同一の犯罪事実につき更に逮捕状を請求する理由
　　な　し

8　30万円（刑法，暴力行為等処罰に関する法律及び経済関係罰則の整備に関する法律の罪以外の罪については，2万円）以下の罰金，拘留又は科料に当たる罪については，刑事訴訟法第199条第1項ただし書に定める事由
　　な　し

9　被疑事実の要旨
　　別紙2記載のとおり

別紙1

7日を超える有効期間を必要とするときは，その期間及び事由

1　期間
　　1か月間

2　事由
　　被疑者は現在日本に所在しておらず，当庁検察官による連絡が取れない状況にある上，カルロス・ゴーン・ビシャラを逃走させて自らも逃走したことや，カルロス・ゴーン・ビシャラの逃走事実が外国でも広く報道されており，我が国の捜査が進行していることを被疑者において容易に推測できることに鑑みれば，被疑者が自発的に本邦に入国する可能性は低いところ，被疑者の所在を把握するまでには相当の期間を要する見込みであるため。

別紙2

被疑事実

　被疑者は，マイケル・L（エル）・テイラー及びジョージ・アントワーヌ・ザイェクと共謀の上，カルロス・ゴーン・ビシャラ（以下「ゴーン」という。）がフランス共和国，ブラジル連邦共和国及びレバノン共和国の国籍を有する外国人であり，かつ，東京地方裁判所に係属中の金融商品取引法違反及び会社法違反各被告事件の被告人であり，逃げ隠れしてはならない，海外渡航してはならないとの条件を指定されて保釈されていることを知りながら，その処罰を免れさせる目的で，同人が本邦を出国しトルコ共和国を経由してレバノン共和国に渡航するに当たり，令和元年１２月２９日午後１時５３分頃から同日午後１１時１０分頃までの間，ゴーンの荷物を東京都港区麻布永坂町１番地１０所在の同人方から同区六本木６丁目１０番３号所在のグランドハイアット東京まで運搬し，同所においてゴーンに荷物を受け渡すとともに更衣等を行う場所を提供し，同所から大阪府泉佐野市りんくう往来北１番地所在のスターゲイトホテル関西エアポートまでゴーンを護衛しつつ案内し，同所において，携行荷物の中にゴーンを隠した上，大阪府泉南郡田尻町等所在関西国際空港内のプレミアムゲート玉響に移動し，情を知らないＡＮＡ関西空港株式会社従業員らをして，同荷物にゴーンを隠したまま保安検査場を通過させて同荷物をＭＮＧジェット航空が運航するＴＣＴＳＲ便の航空機内に持ち込ませ，ゴーンと共に前記ＴＣＴＳＲ便に搭乗して同空港を離陸し，その後，本邦の領域外に出て，もって同人の逃走に便宜を与えてこれを隠避させるとともに，同人をして入国審査官から出国の確認を受けることなく本邦を出国する犯行を容易にしてこれを幇助したものである。