UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF ) | |
| THE EXTRADITION OF ) | Case No. 20-mj-1069-DLC |
| MICHAEL L. TAYLOR ) | |
| ) | |
| ) | |
| IN THE MATTER OF ) | |
| THE EXTRADITION OF ) | Case No. 20-mj-1070-DLC |
| PETER M. TAYLOR ) | |

# JOINT STATUS REPORT AND PROPOSED BRIEFING SCHEDULE FOR EXTRADITION HEARING

The parties in the above-captioned cases hereby file this Joint Status Report and Proposed Briefing Schedule for the Extradition Hearing of Michael and Peter Taylor. The parties respectfully request the Court set a date for the combined extradition hearing and order a briefing schedule as described below. In support of this request, the parties state as follows:

First, on June 29, 2020, Japan transmitted the formal requests for the extradition of Michael and Peter Taylor along with the supporting documentation to the United States Department of State ("State Department"), and the State Department forwarded the materials to the Department of Justice ("Government"). On July 4, 2020, the Government produced electronic versions of the extradition requests and supporting documentation to counsel for Michael and Peter Taylor.

Second, the parties have agreed that this Court should hold a single extradition hearing for both Michael and Peter Taylor, but acknowledge that each respondent is entitled to separate consideration under the relevant statute.

Third, the parties request that the Court hold the extradition hearing on August 28, 2020. If that date is not available, then the parties request the Court hold the extradition hearing on August 27, 2020. Given the proposed hearing dates, the parties have agreed to the following briefing schedules:

If the hearing is scheduled for August 28, 2020, the parties request the Court order the following briefing schedule:

- Government's Opening Brief: August 7, 2020
- Taylors' Opposition Brief: August 17, 2020
- Government's Reply Brief: August 26, 2020.

If the hearing is scheduled for August 27, 2020, the parties request the Court order the following briefing schedule:

- Government's Opening Brief: August 7, 2020
- Taylors' Opposition Brief: August 17, 2020
- Government's Reply Brief: August 25, 2020.

## **CONCLUSION**

The parties respectfully request the Court set a hearing date and briefing schedule for the Taylors' extradition hearing as described above.

Date: August 4, 2020

Respectfully submitted,

| | |
|---|---|
| ANDREW E. LELLING<br>United States Attorney | MICHAEL AND PETER TAYLOR<br>By their attorneys, |
| By: /s/ Stephen W. Hassink<br>STEPHEN W. HASSINK<br>Assistant U.S. Attorney | /s/ Paul V. Kelly<br>PAUL V. KELLY<br>Counsel for Michael and Peter Taylor |
| /s/ Philip A. Mirrer-Singer<br>PHILIP A. MIRRER-SINGER<br>Trial Attorney | /s/ Abbe David Lowell<br>ABBE DAVID LOWELL<br>Counsel for Michael and Peter Taylor |

/s/ *Daniel Marino*
DANIEL MARINO
Counsel for Michael Taylor

/s/ *James P. Ulwick*
JAMES P. ULWICK
Counsel for Peter Taylor

**CERTIFICATE OF SERVICE**

I, Stephen W. Hassink, Assistant U.S. Attorney, do hereby certify that on August 4, 2020, I served a copy of the foregoing on all registered parties by electronic filing on ECF.

/s/ *Stephen W. Hassink*
Stephen W. Hassink
Assistant U.S. Attorney