# EXHIBIT A

Document 1

EX-Taylor, M.-00801



 **Your checking account**

PROMOTE FOX LLC  |  Account #▮▮▮▮▮▮▮5252  |  October 1, 2019 to October 31, 2019

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 10/09/19 | WIRE TYPE:WIRE IN DATE: 191009 TIME:0651 ET TRN:2019100900252988 SEQ:282439030/220899 ORIG:M. CARLOS GHOSN BICHARA ID▮▮▮▮▮▮▮9808 SND BK:HSBC BANK USA, NA ID:0108 PMT DET:FRI091090 RPTKCN4INVOICE 2019003 | 540,000.00 |
| 10/25/19 | WIRE TYPE:WIRE IN DATE: 191025 TIME:1016 ET TRN:2019102500308938 SEQ:298534689/387709 ORIG:M. CARLOS GHOSN BICHARA ID:▮▮▮▮▮▮▮9808 SND BK:HSBC BANK USA, NA ID:0108 PMT DET:FRI251090 NRABIM8INVOICE 83 | 322,500.00 |



EX-Taylor, M.-00802

Document 2

EX-Taylor, M.-00803



| Field | Value |
|---|---|
| WIRE REFERENCE NUMBER | 2019282439030 |
| PAYMENT TYPE | Chips Debit |
| STATUS | Processed |
| ACCOUNT NUMBER | ▮ |
| OFFSETTING PARTY ID | 959 |
| TRANSACTION DATE | 09-Oct-19 |
| AMOUNT | 540,000.00 |
| PAYMENT TYPE | DR |
| TID | CCFRFRPPXXX |
| DEBIT PARTY | HSBC FRANCE SA |
| DEBIT PARTY ADDRESS | 75419 PARIS CEDEX 08 FRANCE FR |
| DEBIT PARTY ADDR 2 | |
| DEBIT PARTY ADDR 3 | |
| CREDIT PARTY | BANK OF AMERICA N.A. |
| CREDIT PARTY ADDRESS | 100 WEST 33RD STREET |
| CREDIT PARTY ADDR 2 | |
| CREDIT PARTY ADDR 3 | |
| BANK_TO_BANK | N |
| PROFIT_CENTER | 30902 |
| COUNTRY_CODE | FR |
| CURRENCY | USD |
| CANCEL REASON | |
| ORIGINATOR | ▮5281  M. CARLOS GHOSN BICHARA ▮  AMSTERDAM    PAYS-BAS/NL |
| ORIGINATOR BANK | CCFRFRPPXXX         HSBC FRANCE    ATTN TRAITEMENTS   103 AVENUE DES CHAMPS ELYSEES   75419 PARIS CEDEX 08 |
| BENEFICIARY | ▮5252         PROMOTE FOX LLC  ▮ HARVARD MA 01451 |
| BENEFICIARY BANK | |
| SENDER_BANK_CORRESP | INVOICE 2019003 |
| RECEIVER_BANK_CORRESP | |
| SENDER_BANK | |
| INTERMEDIARY_BANK | |
| ORIGINATOR_SEQB | |
| ORIGINATOR_BANK_SEQB | |
| BENEFICIARY_SEQB | |
| BENEFICIARY_BANK_SEQB | |
| SENDER_BANK_CORRESP_SEQB | |
| RECVR_BANK_CORRESP_SEQB | |
| INTERMEDIARY_BANK_SEQB | |

RESTRICTED



| Field | Value |
|---|---|
| WIRE REFERENCE NUMBER | 2019298534689 |
| PAYMENT TYPE | Chips Debit |
| STATUS | Processed |
| ACCOUNT NUMBER | |
| OFFSETTING PARTY ID | 959 |
| TRANSACTION DATE | 25-Oct-19 |
| AMOUNT | 322,500.00 |
| PAYMENT TYPE | DR |
| TID | CCFRFRPPXXX |
| DEBIT PARTY | HSBC FRANCE SA |
| DEBIT PARTY ADDRESS | 75419 PARIS CEDEX 08 FRANCE FR |
| DEBIT PARTY ADDR 2 | |
| DEBIT PARTY ADDR 3 | |
| CREDIT PARTY | BANK OF AMERICA N.A. |
| CREDIT PARTY ADDRESS | 100 WEST 33RD STREET |
| CREDIT PARTY ADDR 2 | |
| CREDIT PARTY ADDR 3 | |
| BANK_TO_BANK | N |
| PROFIT_CENTER | 30902 |
| COUNTRY_CODE | FR |
| CURRENCY | USD |
| CANCEL REASON | |
| ORIGINATOR | 5281  M. CARLOS GHOSN BICHARA  AMSTERDAM   PAYS-BAS/NL |
| ORIGINATOR BANK | CCFRFRPPXXX   HSBC FRANCE   ATTN TRAITEMENTS   103 AVENUE DES CHAMPS ELYSEES   75419 PARIS CEDEX 08 |
| BENEFICIARY | 5252   PROMOTE FOX LLC   HARVARD MA 01451 |
| BENEFICIARY BANK | |
| SENDER_BANK_CORRESP | INVOICE 83 |
| RECEIVER_BANK_CORRESP | |
| SENDER_BANK | |
| INTERMEDIARY_BANK | |
| ORIGINATOR_SEQB | |
| ORIGINATOR_BANK_SEQB | |
| BENEFICIARY_SEQB | |
| BENEFICIARY_BANK_SEQB | |
| SENDER_BANK_CORRESP_SEQB | |
| RECVR_BANK_CORRESP_SEQB | |
| INTERMEDIARY_BANK_SEQB | |

RESTRICTED

Document 3

EX-Taylor, M.-00806

 

**Certified Copy of Limited Liability Company Resolutions Opening and Maintaining Deposit Accounts and Services**

BANK OF AMERICA, N.A. (THE "BANK")

Bank Number _____

Account Number  ▇▇▇▇5252
                5265
                5278

Account Number _____

Name of Limited Liability Company  Promote Fox LLC

I, the undersigned, hereby certify to  Bank of America, N.A. _____, that I am a/the

Title  Peter Taylor  _____ and the designated keeper of the records and minutes of

Promote Fox LLC _____, a [X] limited liability company  [ ] professional limited liability company duly organized and existing

under the laws of the State of  Massachusetts  (the "Company"); that I have full authority to manage, represent, sign for and bind the Company, that the following is a true copy of resolutions duly adopted by a majority of the members/managers of said Company at a meeting duly held on the _____ day of _____, at which a quorum was present and acted throughout or adopted by the written consent of a majority of the members/managers; and that such resolutions are in full force and effect and have not been amended or rescinded.

1. **Resolved**, that  Bank of America, N.A.  _____ (the "Bank") is hereby designated as a depository of the Company and that deposit accounts and/or time deposits (CDs) to be opened and maintained in the name of this Company with the Bank in accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts; that any one of the following members, managers, or employees of this Company:

Name: Peter Taylor        Title/Status: Manager
Name: Oliver Taylor       Title/Status: Manager
Name: _____        Title/Status: _____
Name: _____        Title/Status: _____

is hereby authorized, on behalf of this Company and its name, to execute and sign any application, deposit agreement, signature card and any other documentation required by Bank to open said accounts; to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment of money; to endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this company for deposit with Bank or for collection or discount by Bank; to accept, drafts, acceptances, and other instruments payable at Bank; to place orders with Bank for the purchase and sale of foreign currencies on behalf of this Company; to execute and deliver an electronic fund transfers agreement and to make transfers or withdrawals by electronic transfer on behalf of the Company; to obtain an access device (including but not limited to a card, code, or other means of access to the Company's accounts) that may be used for the purpose of initiating electronic fund transfers [Company agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U.S.C. 1693 et seq.) nor Regulation E (12 C.F.R. Part 205) are applicable to any such access device]; to establish and maintain a night deposit relationship; to execute and deliver a wire transfer agreement and to request, or to appoint and delegate from time to time, such persons who may request, wires of funds; to enter into any agreements with the Bank for the provision by Bank of various Treasury Management services to this Company as such member, manager or employee may determine, in his or her sole discretion, and to sign any and all documents and take all actions required by Bank relative to such Treasury Management services or the performance of the Company's obligations thereunder, and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate given in accordance with the terms of any such agreement shall have been received by Bank and that such termination shall not affect any action taken by the Bank prior to such termination; to rent or lease a safe deposit box from Bank, to execute the rental agreement or lease, to enter the safe deposit box and to terminate the rental agreement or lease; to take whatever other actions or enter into whatever other agreements relating to the accounts or investment of funds in such accounts with Bank and to execute, amend, supplement and deliver to Bank such agreements on behalf of the Company upon such terms and conditions as such member, manager or employee may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any other actions pursuant to such agreements in connection with said accounts that the member, manager or employee deems necessary; and to waive presentment, demand, protest, and notice of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Company; and

2. **Further Resolved**, that the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for money orders or other instruments all instruments signed in accordance with the foregoing resolutions even though such payment may create an overdraft or even though such instruments may be drawn or endorsed to the order of any member, manager or employee signing the same or tendered by such member, manager or employee or a third party for exchange or cashing, or in payment of the individual obligation of such member, manager or employee, or for deposit to such member's, manager's or employee's personal account and Bank shall not be required or be under any obligation to inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing resolutions or the application or disposition of such instrument or the proceeds thereof; and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for payment or transfer of funds whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an above authorized member, manager or employee; and

90-53-2303NSBW  03-2010                                                                                       Page 1 of 2
                                                                                                              598HMO

Account Number  ▇▇▇▇5252
                    5265
                    5278

Account Number

3. **Further Resolved,** that the Bank be and is hereby requested, authorized and directed to honor and to treat as authorized, checks, drafts or other orders for the payment of money drawn or purportedly drawn in this Company's name, including those payable to the individual order of any person whose name appears thereon as signer thereof, when bearing or purporting to bear the facsimile signature of an member, manager or employee authorized in the foregoing resolutions and the Bank shall be entitled to honor, to treat as authorized, and to charge this Company for such checks, drafts, or other orders regardless of by whom or by what means the actual or purported facsimile signature thereon may have been affixed thereto, if such signature resembles the facsimile specimen duly certified to or filed with the Bank by a member/manager of this Company or if such facsimile signature resembles any facsimile signature previously affixed to any check, draft, or other order drawn in the Company's name, which check, draft, or other order was accepted and paid without timely objection by the Company, thereby ratifying the use of such facsimile signature; and the Company hereby indemnifies and holds the Bank harmless against any and all loss, cost, damage or expense suffered or incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature; and

4. **Further Resolved,** that endorsements for deposit may be evidenced by the name of the Company being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and the Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection; and

5. **Further Resolved,** that a duly authorized member/manager of this Company shall certify to the Bank names and signatures of persons authorized to act on behalf of this Company under the foregoing resolutions and shall from time to time hereafter, as changes in the identity of said members, managers and employees are made, immediately report, furnish and certify such changes to the Bank and shall submit to the Bank a new account signature card reflecting such change(s) in order to make such changes effective and the Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any member, manager or employee so certified, or refusing to honor any signature not so certified; and

6. **Further Resolved,** that the foregoing resolutions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as the Bank is concerned until three (3) business days after the Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by said Bank prior thereto; and

7. **Further Resolved,** that all transactions by any member, manager or employee of this Company on its behalf and in its name with the Bank prior to the delivery to the Bank of a certified copy of the foregoing resolutions are, in all respects, hereby ratified, confirmed, approved and adopted; and

8. **Further Resolved,** that any member/manager be and hereby is, authorized and directed to certify these resolutions to the Bank and that the provisions hereof are in conformity with the Articles of Organization and Operating Agreement of this Company.

In Witness Whereof, and intending to bind the Company, I have hereunto subscribed my name as a member/manager of this Company, this ___March___ day of ___29 ~~March~~___, ___2019___.

_____
Member/Manager

**Bank Information**

Date: __/__/____

Banking Center Name: _____

Associate's Name: _____

Associate's Phone Number: _____

90-53-2303NSBW 03-2010

Page 2 of 2

898HMO

Document 4

EX-Taylor, M.-00809

**Bank of America**  Business Signature Card with Substitute Form W-9     D1

| | |
|---|---|
| Account Number: | ▮▮▮▮▮5252 |
| Account Type: | DDA |
| Account Title: | PROMOTE FOX LLC |
| Account Owner: | PETER TAYLOR |
| Legal Designation: | Limited Liability Company |
| Social Security Number (or) Employer Identification Number | ▮▮▮9395 |

If this document was opened via the customer service phone line, I/we agree that this account is and shall be governed by the terms and conditions set forth in the account opening documents mailed to me, as amended from time to time.

1. I am the owner of the authorized officer named in the "Owner Information" section and all information in the application is, to the best of my knowledge, correct. I am authorized to submit applications and all consents, as applicable, on behalf of all owners or partners of the business entity.
2. I have reviewed, received, consent and agree to be bound by to the deposits Legal Documents and the Electronic Communication Disclosure and the System Requirements.
3. I consent to be contacted at the telephone number(s) I have provided. I agree that Bank of America may use automatic telephone dialing systems and prerecorded voice messaging in connection with calls or texts made to any telephone number(s) I provide even if the telephone number is a cellular / mobile telephone number for which the called party is charged. I also agree that Bank of America may monitor and / or record telephone calls to assure the quality of the service.
4. I authorize Bank of America to obtain a credit report or other reports or account information from credit or information services agencies to help verify the information provided in the application, for consideration of other accounts and services, and for any other lawful purpose
5. I sign the Tax Status Certification.

I acknowledge and agree that the electronic signature(s) below evidence my agreement to the terms and conditions set forth in connection with this account, and my certification (set forth below) of the taxpayer identification number (TIN) on which I want interest reported.

**Substitute Form W-9 Certification** - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions) and, (4) "I am exempt from FATCA reporting".

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| Tax Identification Number | Report Interest On | Signature | Date |
|---|---|---|---|
| ▮▮▮9395 | ☒ | Customer acknowledgement electronically obtained | 20190301 |

☐ Customer has indicated Exempt Payee status under Exempt Payee Code _____

Exemption from FATCA Reporting Code (if any) _____

Customer Responses

| | |
|---|---|
| Customer agrees to terms and conditions? | Y |
| Customer is a U.S. citizen? | Y |
| Customer is not subject to backup withholding? | Y |
| TIN/SSN verified by customer? | Y |
| Exempt from FATCA Reporting? | Y |

BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card with Substitute Form W-9**

Account Number: _____5252

Account Type: [X] Checking   [ ] Savings   [ ] Certificate of Deposit

Account Title: Promote Fox LLC

**Legal Designation**

- [ ] Individual Owner/Sole Proprietor/Single Member LLC   [ ] C Corporation   [ ] S Corporation   [ ] Trust/Estate
- [ ] Partnership (Enter type of partnership): General, LP, LLP or LLLP _____
- [X] Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership) _____

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

- [ ] Other (Defined in W-9 Instructions) _____

Exemptions (codes apply only to certain entities, not individuals; see IRS Instructions for Form W-9) (Applies to accounts maintained outside the U.S.)

Exempt payee code (if any) _____
Exemption from FATCA reporting code (if any) _____

Employer Identification Number ____9395   (or) Social Security Number _____

By signing below, I/we acknowledge, agree and consent:
- To open this account and understand this does not change or replace any existing accounts I/we may have with Bank of America.
- This account is and will be governed by the terms and conditions set forth in the account opening documents, including the Deposit Agreement and Disclosures and the Business Schedule of Fees and I/we are in receipt of these documents.
- The Bank may change these documents at any time by adding new terms, or deleting or amending existing terms. The Deposit Agreement includes a provision for alternative dispute resolution.
- The signature(s) will serve as verification for any transaction in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported.
- Failure to fully complete and return the signature card may impact the ability to receive full FDIC deposit insurance coverage.

- [ ] Nonresident Alien (NRA) Status: Check this box if the account holder of this account is a non U.S. entity/person (NRA) for U.S. tax purposes. Have them complete and sign the applicable Form(s) W-8.

Substitute Form W-9: Certification – Under penalties of perjury, I certify that:
1. The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (Defined in the W-9 Instructions); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification Instructions: You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. (Please refer to the IRS instructions for Form W-9).

The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| Printed Name | Title (if applicable) | Signature | Date |
|---|---|---|---|
| Peter Taylor | | [signature] | 29 March 2019 |
| Oliver Taylor | | [signature] Oliver Taylor | 29 March 2019 |
| | | | |
| | | | |

00-14-9297MW 11-2018
NNC
© 2018 Bank of America, N.A. All Rights Reserved

Associate Name:
Financial Center

Bank Number:
Date:

898HMO

BANK OF AMERICA, N.A. (THE "BANK")  **Business Signature Card with Substitute Form W-9**



**Account Number:** ▉▉▉▉ 5252

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive Automated Teller Machine (ATM) cards and/or Debit Cards, I/we (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

| Authorized Signer: | Peter Taylor /s/ | Title: |
| Authorized Signer: | Oliver Taylor /s/ | Title: |
| Authorized Signer: | | Title: |
| Authorized Signer: | | Title: |
| Authorized Signer: | | Title: |

00-14-9297MW 11-2018
NNC
© 2018 Bank of America, N.A. All Rights Reserved

Associate Name:
Financial Center

Bank Number:
Date:

598HMO

The above is a certified extract.
June 16, 2020
Minako Inokura, Public Prosecutor's Assistant Officer
Tokyo District Public Prosecutors Office

EX-Taylor, M.-00813