# EXHIBIT B



July 20, 2020

**<u>Coinbase, Inc.: Certificate of Authenticity of Records</u>**

To: International Affairs Division,
Criminal Affairs Bureau
Ministry of Justice
1-1-1 Kasumigaseki, Chiyoda-ku, Tokyo 100-8977
TEL: +81-3-3592-7049
FAX: +81-3-3592-7063
E-MAIL: cabiad@i.moj.go.jp

I, Vincent Carpio, am employed at Coinbase, Inc., PO Box 26409, San Francisco, California, 94126.

I have identified transactions from Anthony Ghosn to Peter Taylor in our platform for over $500,000 USD, from January 21, 2020 through May 15, 2020, as shown in the chart below.

**Coinbase**

PO Box 26409 | San Francisco, CA | 94126



**Anthony Ghosn Sends:**



**Peter Taylor Receives:**



I further certify that:

    A) such records were created at or near the time of the occurrence of the matters set forth, or from information transmitted by a person with knowledge of those matters;

**Coinbase**

PO Box 26409 | San Francisco, CA | 94126

**coinbase**

 B) such records were kept in the ordinary course of business activity at Coinbase, Inc.; and

 C) the business activity made such records available as a regular practice.

I certify that the foregoing is true and correct to the best of my knowledge.

By: _/s/_

Vincent Carpio
Investigations Manager
Vincent.Carpio@Coinbase.com
Coinbase, Inc.



July 20, 2020

**Coinbase, Inc.: Certificate of Authenticity of Records**

To: International Affairs Division,
Criminal Affairs Bureau
Ministry of Justice
1-1-1 Kasumigaseki, Chiyoda-ku, Tokyo 100-8977
TEL: +81-3-3592-7049
FAX: +81-3-3592-7063
E-MAIL: cabiad@i.moj.go.jp

I, Vincent Carpio, am employed at Coinbase, Inc., PO Box 26409, San Francisco, California, 94126.

I have identified transactions from Anthony Ghosn to Peter Taylor in our platform for over $500,000 USD, from January 21, 2020 through May 15, 2020, as shown in the chart below.

**Coinbase**

PO Box 26409 | San Francisco, CA | 94126

**Anthony Ghosn Sends:**





**Peter Taylor Receives:**



I further certify that:

    A) such records were created at or near the time of the occurrence of the matters set forth, or from information transmitted by a person with knowledge of those matters;

**Coinbase**

PO Box 26409 | San Francisco, CA | 94126

**coinbase**

B) such records were kept in the ordinary course of business activity at Coinbase, Inc.; and

C) the business activity made such records available as a regular practice.

I certify that the foregoing is true and correct to the best of my knowledge.

By:
    Vincent Carpio
    Investigations Manager
    Vincent.Carpio@Coinbase.com
    Coinbase, Inc.