# EXHIBIT H





MNG JET HAVACILIK A.Ş.
Atatürk Havalimanı (Genel Havacılık Terminali E Kapısı)
Yeni Hangarlar Bölgesi 3 No'lu Hangar
Sefaköy, Küçükçekmece - İstanbul

# MNG JET



## MNG JET HAVACILIK A.Ş.
## SINGLE CHARTER AGREEMENT

Form-0378 Rev.00
Date:14.09.2017

1/6

EX-Taylor, M.-00525



MNG JET 

MNG JET HAVACILIK A.Ş.
Atatürk Havalimanı (Genel Havacılık Terminali 8 Kapısı)
Yeni Hangarlar Bölgesi 9 No'lu Hangar
Sefaköy, Küçükçekmece - İstanbul

Attachment-2

## SINGLE CHARTER QUOTATION

Thank you for your order which we confirm as follows.

| DATE | ETD | PLACE OF DEPARTURE | ETA | ARRIVAL AIRPORT |
|---|---|---|---|---|
| 28.12.2019 | 1900 LOC | OMDB | 0830 LOC | RJBB |
| 29.12.2019 | 22:00 LOC | RJBB | 0400 LOC | LTBA |

### PRICING

| CURRENCY | PRICE | REMARK |
|---|---|---|
|  | 350.000 USD |  |
|  |  |  |

**Aircraft:** GLOBAL EXPRESS

**Registration:** TC-TSR OR TC-YYA

**Crew Information:**

- CPT NOYAN PASİN-0090533 6551815
- CPT-BAHRİ KUTLU SÖMEK
- F/A TBA

**Seating Capacity:** 14 PAX

- Kindly provide us with the passenger and details

2/6

Form-0379 Rev 00
Date:14.03.2017



**MNG JET**



MNG JET HAVACILIK A.Ş.
Atatürk Havalimanı (Genel Havacılık Terminali E Kapısı)
Yeni Hangarlar Bölgesi 3 No'lu Hangar
Sefaköy, Küçükçekmece - İstanbul

**Handling Agent(s):**
LTBA-CELEBI GROUND HANDLING
RJBB-JETEX

**Catering:**

- Standard VIP catering
- Kindly provide us of any preferences

## MNG JET TERMS AND CONDITIONS

The following Charter Terms & Conditions are an integral part of the agreement between MNG JET HAVACILIK A.Ş. (hereinafter "MNG JET") and the Customer wherein MNG JET provides one or more Charter Flights for the Customer.

**1-SCOPE**
The subject of the contractual agreement is the transport of passengers and/or goods from the point of departure to the point of destination as stated in the attached Single Charter Quotation (Attachment-2). MNG JET shall provide for the Customer's sole use the Aircraft, manned and equipped for the performance of the Charter as specified in the Single Charter Quotation.

**2. INCLUDED COSTS**
Aircraft costs including crew, fuel, maintenance, air navigation and airport charges, VIP lounges, in-flight MNG JET standard catering depending on flight time and time of day, passenger and cargo insurances and taxes.

**3. EXCLUDED / ADDITIONAL COSTS**
Fuel and insurance surcharges, de-icing of aircraft, limo-services, SATCOM services and special catering requests such as caviar and special wines or spirits and any other costs for specially requested items or services will be invoiced separately, at cost and reimbursed to MNG JET by the Customer.

**4. PAYMENT**
MNG JET may require payment in advance with respect to any flight. If full or partial credit is granted for any trip, payment will be due within 15 days from receipt of invoice by Customer. Major credit cards will be accepted for payments; however, the Customer will be charged any surcharges and an additional handling charge of 5%.

**5. FORCE MAJEURE**
MNG JET will not be deemed to be in breach of its obligations hereunder or have any liability for any delay, cancellation or damage arising in whole or in part from any act of nature, acts of civil or military authority, strike or labor dispute, mechanical failure, lack of essential supplies or parts or for any other cause beyond the control of MNG JET; provided, however, that if a trip is terminated prior to completion, due in whole or in part to any such cause, MNG JET will refund to Customer all payments previously received with respect to such trip, other than the cost attributable to transportation therefore performed and such transportation as may be necessary to return charter flight passengers to their original airports of departure. If Customer's trip is terminated prior to completion and MNG JET provides Customer with another aircraft to continue Customer's itinerary, then Customer will reimburse MNG JET for the additional costs, if any, incurred over and above the original price quotation, to provide Customer with a replacement aircraft.

**6. SUBSTITUTION OR SUBCHARTER OF AIRCRAFT**
If the Aircraft shall for any reason become incapable of undertaking such transport of passengers or goods as was contemplated at the time of this Agreement, MNG JET may at its discretion substitute for such aircraft as nearly as may be capable of undertaking such transport. If MNG JET does elect to substitute an aircraft as aforesaid then the provisions of this Agreement relating to the Aircraft shall apply equally to the substituted aircraft. If MNG JET does not elect to substitute another aircraft, it shall notify the Customer as soon as possible and shall be relieved of its obligations to provide the aircraft for the journeys which can no longer be undertaken by reason of the

EX-Taylor, M.-00527



**MNG JET**



MNG JET HAVACILIK A.Ş.
Atatürk Havalimanı (Genel Havacılık Terminali E Kapısı)
Yeni Hangarlar Bölgesi 3 No'lu Hangar
Sefaköy, Küçükçekmece - İstanbul

incapacity of the Aircraft and MNG JET shall not be under any liability to the Customer other than the liability to refund to the Customer such part of the price set out in the signed Charter Quotation which relates to that part of the carriage or journey(s) cancelled and MNG JET's certification of such amount shall, save in the case of manifest error, be conclusive.

### 7. CAPTAIN'S AUTHORITY

The Captain of the aircraft shall have absolute discretion to decide what load, including the number of passengers, may safely be carried in the Aircraft on any particular flight and how such load shall be distributed, whether and when a flight may safely be undertaken and when and where the Aircraft shall be landed. The passengers to be carried on any flight under this agreement, hereby agree to follow in all respects the directions and instructions of the Captain and Crew of the Aircraft. Further, the Customer hereby acknowledges and confirms that all directions or instructions given by the Captain or Crew pursuant to this clause 7 shall be binding on the Customer and that MNG JET may terminate this Agreement without further notice if any passenger fails to comply with any such directions or instructions. MNG JET shall not be liable to the Customer or any other party whatsoever for any loss, damage, costs or claims of whatsoever nature and howsoever arising as a result of any decision or action taken by MNG JET pursuant to this clause 7.

### 8. DELAYS

If any delay in the commencement or completion of any flight is caused by the Customer, demurrage shall be charged to the Customer for such delay at the hourly market rate for the aircraft specified in the signed Charter Quote, and in addition MNG JET shall be entitled at any time after demurrage shall have started to run to cancel such flight (without prejudice to any claim MNG JET shall have against the Customer of demurrage up to the time of such cancellation and the rights of MNG JET hereunder)

### 9. TRANSPORTATION AND TRAVEL DOCUMENTS

All passengers have to comply with any requirements (e.g. immigration, customs, agriculture, etc.) at each destination. Passengers have to be in possession of a valid passport plus, where necessary, a visa. MNG JET takes no responsibility in case of non-compliance with any custom's requirements by the Passenger(s).
Should there be any surcharges, fees, fines or similar due to a non-compliance, the Customer will be billed for such costs. MNG JET takes no responsibility with the regard to visa requirements of Passengers. Should there be any levy due to the lack of required entry documents of Passengers or cargo the Customer will be billed for such costs.

### 10. BAGGAGE AND DANGEROUS GOODS

The amount and weight of accompanied baggage shall be at MNG JET's discretion. The Customer shall not deliver for carriage, and MNG JET shall not be required to carry on any flight, any article prohibited under the ICAO Dangerous Goods regulations or any other article prohibited by any applicable treaty, law or regulation of the country of registration of the Aircraft and of any country to, from or over which the Aircraft is flown (including, without limitation compressed gases, firearms, explosives, corrosives, flammable liquids or solids).
The Customer confirms that MNG JET, any customs official, and any other duly authorized governmental or public official may inspect and examine any baggage or cargo belonging to any Passenger whether accompanied or not. Furthermore and without prejudice to the foregoing, MNG JET may refuse to carry any baggage or other item considered by the Captain of the Aircraft or by any other responsible servant of MNG JET to be unsuitable for carriage by air whether by its nature or any applicable laws, orders or regulations of any country flown from, to or over.

Passenger baggage weight is limited for flight safety reasons and varies according to aircraft type. Items determined by the crew to be of excessive weight or size will not be permitted on the Aircraft.

### 11. REFUSAL OF TRANSPORT

MNG JET may refuse passengers transportation, at its own discretion and while retaining all rights and claims, for good cause, in particular, without limitation, if the mental or physical condition or the behavior of the passengers represents a threat to safety or violation of law.

### 12. LIABILITY

MNG JET shall not be liable for actions of other airlines, security clearance and handling companies and their vicarious agents, or for personal belongings left on board by passengers. In case of damages caused by any passenger to the Aircraft, the Customer shall be responsible for and/or liable to pay to MNG JET any cost, charge, expense or other sums resulting from the immobilization of and/or any resulting repairs to the Aircraft.

### 13. CANCELLATION

In case of cancellation of any booked flight by the Customer, MNG JET shall be entitled to receive, as liquidated damages not a penalty, the following:

After booking and until 96 hours prior to departure 10%



**MNG JET**



MNG JET HAVACILIK A.Ş.
Atatürk Havalimanı (Genel Havacılık Terminali E Kapısı)
Yeni Hangarlar Bölgesi 3 No'lu Hangar
Sefaköy, Küçükçekmece - İstanbul

Between 96-72 hours to departure 25%
Between 72-48 hours to departure 50%
Between 48-24 hours to departure 75%
Less than 24 hours to departure or no show up-to 100%

## 14. APPLICABLE LAW AND JURISDICTION

These Terms & Conditions and the signed Charter Quotation to which they are attached are subject to all applicable rules, regulations, approvals and certifications in effect from time to time these Terms & Conditions and the signed Charter Quotation to which they are attached shall be governed by the laws of Turkey. Any dispute arising out of or in connection herewith shall be submitted to the exclusive jurisdiction of the courts of ISTANBUL, Turkey; provided, however, MNG JET may in its sole option bring action against the Customer in any other competent court.

Thank you very much for your order. If there are any questions, please don't hesitate to contact us at any time on our telephone numbers shown below.

Mobile:
Office Phone:
Fax:

May we kindly ask you to sign attached acceptance of the flight confirmation and scan it back to ▆▆▆▆ and ▆▆▆▆

Acceptance is also made by full payment of the amount due to MNG JET HAVACILIK A.Ş.

Notes:

1. This quotation is subject to availability of the aircraft, air traffic requirements and MNG JET HAVACILIK A.Ş Standard Terms & Conditions.
2. The price includes all fees related to the aircraft, crew, fuel, handling agent services, standard catering suitable to the time of day and complimentary bar for the above exact mentioned flight legs.
3. The price does not include any change to the time, departure or destination, ground transportation, phone calls from the aircraft, additional insurance premiums to overfly or land in certain zones, de-icing costs and specific catering if as requested by the customer.
4. Wi-Fi and internet usage will be charged extra.

Yours sincerely,

MNG JET HAVACILIK A.Ş                                    COMPANY

Okan KÖSEMEN                                              Name and Surname:
Ground Operations Manager &                               Date:
Flight Operations Control Manager                         Signature:

                                                          25 December 2019  George ZAYEK